**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

NESTER ROBERTO DEL VALLE,

        Plaintiff,

-vs-                                                  Case No.  8:05-cv-2076-T-24EAJ

I.C. SYSTEM, INC.,

        Defendant.
_____/

**ORDER**

    This cause comes before the Court on Plaintiff's motion titled Unopposed Motion for Voluntary Dismissal (Doc. No. 24).  Defendant's counsel confirmed with the Court via telephone that it did not oppose the dismissal of this case.

    Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Unopposed Motion for Voluntary Dismissal (Doc. No. 24) is **GRANTED**.  The clerk is directed to **CLOSE** this case and terminate any pending motions.

    **DONE AND ORDERED** at Tampa, Florida, this 15th day of September, 2006.

*/s/ Susan C. Bucklew*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record